## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| RODNEY HERSON, an Individual, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:12-CV-00687 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., D/B/A NEW ENGLAND COMPOUNDING CENTER, a Massachusetts corporation; BARRY J. CADDEN, an Individual; LISA M. CONIGLIARO-CADDEN, an Individual; CARLA CONIGLIARO, an Individual; and GREGORY CONIGLIARO, an Individual | § § § § § § § § § § § | |
| Defendants. | § | |

### NOTICE OF STAY BY REASON OF BANKRUPTCY

Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

Respectfully submitted,

By: /s/ David M. Macdonald
    DAVID M. MACDONALD
    State Bar No. 12755300
    dmacdonald@macdonalddevin.com
    PATRICK F. MADDEN
    State Bar No. 00787943
    pmadden@macdonalddevin.com
    JENNIFER D. LEBLANC
    State Bar No. 24002473
    jleblanc@macdonalddevin.com

**MACDONALD DEVIN, P.C.**
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 744-3300
(214) 747-0942 (fax)

**ATTORNEYS FOR DEFENDANTS NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, BARRY J. CADDEN, LISA M. CONIGLIARO-CADDEN, CARLA CONIGLIARO AND GREGORY CONIGLIARO**

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure and the Local Rules of Court to all counsel of record on this the 27th day of December, 2012.

James P. Moon
KAPLAN & MOON, PLLC
jmoon@jpmpllc.com
3102 Maple Ave., Suite 200
Dallas, Texas 75201

Charles I. Kaplan
KAPLAN & ASSOCIATES, LLP
cik@charleskaplanlaw.com
3500 Oak Lawn Ave., Ste 510
Dallas, TX 75219

**Attorneys for Plaintiff Rodney Herson**

                                         /s/ David M. Macdonald
                                         David M. Macdonald