# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **RODNEY HERSON, an Individual,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 4:12-CV-00687 |
| | § | |
| **NEW ENGLAND COMPOUNDING** | § | |
| **PHARMACY, INC., D/B/A NEW** | § | |
| **ENGLAND COMPOUNDING CENTER,** | § | |
| **a Massachusetts corporation; BARRY J.** | § | |
| **CADDEN, an Individual; LISA M.** | § | |
| **CONIGLIARO-CADDEN, an** | § | |
| **Individual; CARLA CONIGLIARO, an** | § | |
| **Individual; and GREGORY** | § | |
| **CONIGLIARO, an Individual** | § | |
| | § | |
| *Defendants.* | § | |

---

## ORDER GRANTING DEFENDANTS' MOTION STAY ALL PROCEEDINGS PENDING RULING ON MOTION FOR TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

On this day came to be heard Defendants Barry J. Cadden, Lisa M. Conigliaro-Cadden, Carla Conigliaro, and Gregory Conigliaro's (collectively "Defendants") Motion to Stay All Proceedings Pending a Ruling on Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation. The Court, having read the pleadings on file and considering the evidence presented along with the arguments of the parties, is of the opinion that Defendants' Motion to Stay All Proceedings Pending a Ruling on Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation should be GRANTED. It is, therefore,

ORDERED that Defendants' Motion to Stay All Proceedings Pending a Ruling on Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation is granted.  It is further,

ORDERED that all proceedings in this action, including pretrial discovery and future motion practice is stayed pending a ruling on the Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation.