# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN  DIVISION**

| | | |
|---|---|---|
| RODNEY HERSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv687 |
| | § | (Judge Clark/Judge Mazzant) |
| NEW ENGLAND COMPOUNDING | § | |
| PHARMACY, INC., D/B/A NEW | § | |
| ENGLAND COMPOUNDING CENTER, a | § | |
| Massachusetts corporation, ET AL. | § | |

## ORDER

On December 27, 2012, Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC") filed a Notice of Stay by Reason of Bankruptcy.  The pleading indicates that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts, Eastern Division, No. 12-19882-HJB.

Accordingly, all claims asserted in the above-styled lawsuit are hereby **STAYED** as to NECC only, pending further Order of the Court. *See GATX Aircraft Co. v. M/V Courtney Leigh*, 768 F.2d 711, 716 (5th Cir. 1985).

**IT IS SO ORDERED**.
**SIGNED this 17th day of January, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE