# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| RODNEY HERSON, an Individual, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:12-CV-00687 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., D/B/A NEW ENGLAND COMPOUNDING CENTER, a Massachusetts corporation; BARRY J. CADDEN, an Individual; LISA M. CONIGLIARO-CADDEN, an Individual; CARLA CONIGLIARO, an Individual; and GREGORY CONIGLIARO, an Individual | § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING DEFENDANTS' MOTION STAY ALL PROCEEDINGS PENDING RULING ON MOTION FOR TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

On this day came to be heard Defendants Barry J. Cadden, Lisa M. Conigliaro-Cadden, Carla Conigliaro, and Gregory Conigliaro's (collectively "Defendants") Motion to Stay All Proceedings Pending a Ruling on Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation (Dkt. #10). The Court, having read the pleadings on file and based upon there being no response to the motion to stay, is of the opinion that Defendants' Motion to Stay All Proceedings Pending a Ruling on Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation should be GRANTED. It is, therefore,

ORDERED that Defendants' Motion to Stay All Proceedings Pending a Ruling on Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation is granted. It is further,

ORDERED that all proceedings in this action, including pretrial discovery, future motion practice and these Defendants' obligation to respond to Plaintiff's Original Complaint, is stayed pending a ruling on the Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation.

**SIGNED this 24th day of January, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE